UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Putnam Advisory Company, LLC,<br><br>Plaintiff,<br><br>-v-<br><br>ACE American Insurance Company,<br><br>Defendant. | Case No._____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Putnam Advisory Company, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff The Putnam Advisory Company, LLC, is a wholly-owned indirect subsidiary of Putnam Investments, LLC, all of whose voting shares are owned by Great-West Lifeco U.S. Inc., which in turn is a wholly-owned indirect subsidiary of Great-West Lifeco Inc., a Canadian corporation whose shares are publicly traded on the Toronto Stock Exchange.

Great-West Lifeco Inc. is a majority-owned subsidiary of Power Financial Corporation, which is also a Canadian corporation whose shares are publicly traded on the Toronto Stock Exchange.

Power Financial Corporation is a majority-owned subsidiary of Power Corporation of Canada, which is also a Canadian corporation whose shares are publicly traded on the Toronto Stock Exchange. A majority of the voting shares of Power Corporation of Canada are owned, directly or through wholly-owned subsidiaries, by The Desmarais Family Residuary Trust, a trust established under the laws of Canada.

**Date:** May 26, 2016

_____
**Signature of Attorney**

**Attorney Bar Code:** RC0815